**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Essam Helmi EL SHAMI,
Defendant–Appellant.**

No. 09–6757.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 8, 2011.

Decided: March 22, 2011.

Essam Helmi El Shami, Appellant Pro Se. Olivia L. Norman, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

### PER CURIAM:

Essam Helmi El Shami appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. El Shami,* No. 3:03–cr–00294–HEH–1 (E.D.Va. Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*